IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01729-SKC

CONGREGATION ZICHRON MOISHE,

    Plaintiff,

v.

VEREIT, INC.,
VEREIT OPERATING PARTNERSHIP, L.P.,
GLENN J. RUFRANO,
HUGH R. FRATER,
PRISCILLA ALMODOVAR,
DAVID B. HENRY,
MARY HOGAN PREUSSE,
RICHARD J. LIEB,
EUGENE A. PINOVER,
JULIE G. RICHARDSON, and
SUSAN E. SKERRITT,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Congregation Zichron Moishe ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

//

//

//

Dated: September 7, 2021        Respectfully submitted,

/s/ *Richard A. Acocelli*
Richard A. Acocelli
**WEISSLAW LLP**
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*

2